# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  SHARITTA L. OWENS  
1308 ARTHUR AVENUE  SSN-xxx-xx-6580  
ROCKFORD, IL 61101

Case Number: 07-70105

Case filed on: 1/16/2007  
Plan Confirmed on: 4/6/2007

D Dismissed

Total funds received and disbursed pursuant to the plan: $3,142.00     Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | ATTORNEY GARY C FLANDERS | 1,875.00 | 1,875.00 | 1,451.88 | 0.00 |
|  | Total Legal | 1,875.00 | 1,875.00 | 1,451.88 | 0.00 |
| 008 | ASSOCIATED BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | AT&T / SBC | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | B-LINE / FIRST NATIONAL BANK OF MARIN | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | BENNETT & DELONEY, P.C. | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | CREDIT PROTECTION ASSOC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | BLOCKBUSTER VIDEO | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | BLOCKBUSTER VIDEO | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | CHARTER INDEMNITY COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | BURT & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 040 | ECAST SETTLEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 044 | GENERAL REVENUE CORP. | 0.00 | 0.00 | 0.00 | 0.00 |
| 054 | RENT-A-CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 055 | RMCB | 0.00 | 0.00 | 0.00 | 0.00 |
| 061 | STATE OF ILLINOIS | 0.00 | 0.00 | 0.00 | 0.00 |
| 062 | TDS METRO COM | 0.00 | 0.00 | 0.00 | 0.00 |
| 063 | STATE COLLECTION SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 068 | JOLAS & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 069 | VERIZON WIRELESS | 0.00 | 0.00 | 0.00 | 0.00 |
| 070 | C SYSTEMS COLLECTION | 0.00 | 0.00 | 0.00 | 0.00 |
| 071 | FRIEDMAN & WESLER | 0.00 | 0.00 | 0.00 | 0.00 |
| 072 | WALMART STORES, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | SHARITTA L. OWENS | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | CHASE 8 INC. | 5,400.00 | 5,400.00 | 1,200.73 | 0.00 |
| 002 | ILLINOIS TITLE LOANS | 900.00 | 900.00 | 241.01 | 53.04 |
| 074 | DORIS & ELLIS POWELL | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 6,300.00 | 6,300.00 | 1,441.74 | 53.04 |
| 003 | AARONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | AAA COMMUNITY FINANCE #1 INC | 299.45 | 299.45 | 0.00 | 0.00 |
| 005 | AMERICAN CASH-N-GO | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | AMERICAN FAMILY INSURANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | JEFFERSON CAPITAL SYSTEMS, LLC | 927.38 | 927.38 | 0.00 | 0.00 |
| 009 | ASSOCIATED BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | AT&T | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | BLOCKBUSTER VIDEO | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | ACCOUNT RECOVERY SERVICES | 1,025.76 | 1,025.76 | 0.00 | 0.00 |
| 019 | BROADMOOR AGENCY | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | CAPITAL ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | CASH LOAN STORE | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | CHECK IT | 108.77 | 108.77 | 0.00 | 0.00 |
| 025 | CHECKCARE SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | CITY OF ROCKFORD | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | CITY OF ROCKFORD | 0.00 | 0.00 | 0.00 | 0.00 |
| 028 | ASPIRE VISA | 605.13 | 605.13 | 0.00 | 0.00 |
| 029 | COMMONWEALTH EDISON | 0.00 | 0.00 | 0.00 | 0.00 |
| 030 | CONSECO SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 031 | CROSS COUNTRY VISA | 0.00 | 0.00 | 0.00 | 0.00 |
| 032 | DENTAL DREAMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 033 | DR. WILLIAM B. ERICKSON | 0.00 | 0.00 | 0.00 | 0.00 |
| 034 | FINGERHUT CREDIT ADVANTAGE | 0.00 | 0.00 | 0.00 | 0.00 |
| 035 | B-LINE LLC | 278.67 | 278.67 | 0.00 | 0.00 |
| 036 | FIVE & DRIVE AUTO SALES, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 037 | FOUNDERS INSURANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 038 | G.C. SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 039 | ASSET ACCEPTANCE CORP | 22,010.37 | 22,010.37 | 0.00 | 0.00 |

**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

| | | | | | |
|---|---|---|---:|---:|---:|---:|
| 041 | ILLINOIS STATE TOLLWAY | 0.00 | 0.00 | 0.00 | 0.00 |
| 042 | JP MORGAN CHASE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 043 | JUDSON COLLEGE | 3,570.62 | 3,570.62 | 0.00 | 0.00 |
| 045 | KISHWAUKEE AUTO CORRAL | 8,519.18 | 8,519.18 | 0.00 | 0.00 |
| 046 | MCI | 0.00 | 0.00 | 0.00 | 0.00 |
| 047 | MCI / LVNV FUNDING, LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| 048 | MELALEUCA | 0.00 | 0.00 | 0.00 | 0.00 |
| 049 | MIDWEST CNETER FOR STRESS & ANXIETY | 535.10 | 535.10 | 0.00 | 0.00 |
| 050 | NICOR GAS | 4,273.54 | 4,273.54 | 0.00 | 0.00 |
| 051 | OHIO CASULTY GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| 052 | ORCHARD BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 053 | PARAGON WAY, INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 056 | ROCKFORD HEALTH SYSTEM | 0.00 | 0.00 | 0.00 | 0.00 |
| 057 | ROCKFORD MEMORIAL HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 058 | SBC CORPORATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 059 | SOUND & SPIRIT | 0.00 | 0.00 | 0.00 | 0.00 |
| 060 | IL DEPT OF EMPLOYMENT SECURITY | 1,470.00 | 1,470.00 | 0.00 | 0.00 |
| 064 | TDS METROCOM | 0.00 | 0.00 | 0.00 | 0.00 |
| 065 | TELECHECK SERVICES, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 066 | VERIZON WIRELESS | 0.00 | 0.00 | 0.00 | 0.00 |
| 067 | AFNI/VERIZON WIRELESS | 2,457.36 | 2,457.36 | 0.00 | 0.00 |
| 073 | WEXLER & WEXLER | 0.00 | 0.00 | 0.00 | 0.00 |
| 075 | KEITH OWENS | 0.00 | 0.00 | 0.00 | 0.00 |
| 076 | MUTUAL MANAGEMENT SERVICES | 5,588.67 | 5,588.67 | 0.00 | 0.00 |
| 077 | WALMART STORES INC | 296.41 | 296.41 | 0.00 | 0.00 |
| 078 | CAPITAL ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 079 | CAPITAL ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 080 | ROCKFORD MERCANTILE AGENCY INC | 2,050.78 | 2,050.78 | 0.00 | 0.00 |
| | Total Unsecured | 54,017.19 | 54,017.19 | 0.00 | 0.00 |
| | Grand Total: | 62,192.19 | 62,192.19 | 2,893.62 | 53.04 |

Total Paid Claimant:    $2,946.66
Trustee Allowance:      $195.34
Percent Paid Unsecured:    0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

   /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee


This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on <u>04/18/2008</u>          By  <u>/s/Heather M. Fagan</u>